WILLIAM BALKE, *et al.,* Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 28, 1925.*

CONTRACT—*when State liable for supplies.* Where claimant purchases formaldehyde at the request of the Department of Agriculture to use in the elimination of "Black Flag" from wheat in an infected district, the funds of the Department to use for that purpose being exhausted, claimant is entitled to be reimbursed by the State for the purchase price.

BURTON & BURTON, for claimant.

EDWARD J. BRUNDAGE, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

This claim is brought by William Balke and twenty-nine farmers of Madison county, Illinois, for the recovery of the respective amounts claimed to be due them respectively from defendant for formaldehyde furnished by them in the year 1922 at the request of the State. The facts in the declaration are fully proven and not denied by the State and are as follows: In 1921 the Department of Agriculture of Illinois quarantined the territory embracing the farms of claimants and burnt their wheat straw and bought formaldehyde and treated their wheat therewith in the same year. In the year 1922 complainants were compelled by order of said institution to use formaldehyde again on their wheat; and requested that they buy and use same and the State would pay for same, as this department had exhausted its funds. Claimants bought and used the formaldehyde and used same as directed by the State to eliminate "Black Flag" from the wheat in the infested district and now claim the amounts following their respective names, which claims we hereby award to them as follows:

| Claimants. | Awards. |
| --- | --- |
| William Balke | $ 6.05 |
| Robert Bonensteihl | 9.24 |
| G. Brockmeyer | 21.50 |
| Charles Beusking | 5.25 |
| Louis Friedman | 6.50 |
| Henry Fulreide | 10.25 |
| Charles Hydron | 50.38 |
| Henry Johann | 12.48 |
| Fred Kassing | 4.45 |

| Claimants. | Awards. |
| --- | --- |
| Mac Kellar | 14.00 |
| Henry Kruss | 4.25 |
| H. C. Landwehrmeier | 18.92+5.50 |
| F. Langreder | 3.95 |
| Wm. Maack | 4.45 |
| Charles Miecamp | 8.15 |
| Wm. McCormick | 17.22 |
| Phil Morrison | 16.25 |
| Charles Rathert | 6.44 |
| Mrs. Sepmeyer (full name not in evidence) | 11.10 |
| Louis Soechtig & Son | 4.85 |
| W. E. Sponeman | 13.05 |
| John Watsek | 23.24 |
| Nick Werner | 4.40 |
| J. J. Willeredt | 4.85 |
| Theodore Wille | 10.65 |
| Julius Wille | 8.06 |
| Fred Zaiicek | 5.25 |
| H. B. Koeller | 50.38 |
| Fred Straub | 50.38 |
| Total | $411.44 |